# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE MIMICK, Husband; and KAY MIMICK, Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>PIONEER POWER SOLUTIONS, INC., a Delaware Corporation; MARTY J. COCKRELL, an individual; and TITAN ENERGY SYSTEMS, INC.,<br><br>Defendants. | 4:23CV3108<br><br>ORDER |

Counsel for the parties have advised the court that a settlement conference has been scheduled for June 24, 2024, with retired Magistrate Judge Cheryl Zwart. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and the status conference scheduled for April 30, 2024, is cancelled pending the outcome of the settlement conference.

2. On or before **July 1, 2024**, the parties shall notify the Court regarding the outcome of the settlement conference.

3. If the settlement conference is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 24th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge