# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE MIMICK, Husband; and KAY MIMICK, Wife;<br><br>**Plaintiffs,**<br><br>vs.<br><br>PIONEER POWER SOLUTIONS, INC., a Delaware Corporation; MARTY J. COCKRELL, an individual; and TITAN ENERGY SYSTEMS, INC.,<br><br>**Defendants.** | 4:23CV3108<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **August 5, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 3rd day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge